FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   SEP 19 2005   ★
TIME A.M. _____
P.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUDI ZORIC, MATE GLAVAN, ANTE
GLAVAN, Individually and on behalf of
all past and present employees of the
Defendant Dry Wall Taping Corporations
who have not been paid union scale wages
and benefits,

                    Plaintiffs,                    98 CV 4596 (SJ)

   -against-                                      ORDER

ISLAND TAPING, INC., DENNIS
SGAMBATI, LOUIS PATERNO, PAR
PAINTING & DECORATING, INC.,
FLORENCE SGAMBATI, PAR WALL
FINISHING, INC., BRIAN D. GORDON,
PAR WALL INTERIORS, INC.,
CONSTRUCTION INC., DRYWALL
TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, JOHN
ALFARONE, SALVATORE ALFARONE,
JOSEPH GIORDANO, DRYWALL TAPERS
INDUSTRY ANNUITY FUND, and DOES I-XV,

                    Defendants.
-----------------------------------------------------------X
APPEARANCES:

ROBERT SKOBLAR
53 North Dean Street
Englewood, NJ 07631-2805
Attorney for Plaintiffs

RUDERMAN & GLICKMAN
675 Morris Avenue, Suite 100
Springfield, NJ 07081
By:    Steven B. Horowitz, Esq.
Attorneys for Defendants Brian D. Gordon and Par Wall Finishing, Inc.

1

KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, NY 10019
By: Jeffrey H. Daichman, Esq.
Attorneys for Defendants Island Taping, Inc., Par Painting & Decorating, Inc.,
Louis Paterno, Dennis Sgambati, Florence Sgambati.

LEWIS, GREENWALD, CLIFTON & NIKOLADIS, P.C.
218 W. 40th Street, 12th Floor
New York, NY 10018
By: Daniel E. Clifton, Esq.
Attorneys for Defendants Drywall Tapers and Pointers of Greater New York, Local 1974, Tapers Industry Annuity Fund, John Alfarone, Salvatore Alfarone, and Joseph Giordano

JOHNSON, Senior District Judge:

The Second Circuit has issued an order dismissing Plaintiff's appeal of this Court's previous Order and deeming moot any motions pending prior to the date that the Second Circuit's order was issued. Accordingly, the Clerk of Court is directed to enter a final judgment of dismissal and to close the case.

SO ORDERED.

DATED: Sept. 7, 2005
Brooklyn, New York

s/SJ
Senior U.S.D.J.

2