UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUDI ZORIC, MATE GLAVAN, ANTE GLAVAN,     JUDGMENT
Individually and on behalf of all past and present     98-CV- 4596 (SJ)
employees of the defendant Drywall Taping Corporations
who have not been paid union scale wages and benefits,

                             Plaintiffs,

    -against-

ISLAND TAPING, INC., DENNIS
SGAMBATI, LOUIS PATERNO, PAR
PAINTING & DECORATING, INC.,
FLORENCE SGAMBATI, PAR WALL
FINISHING, INC., BRIAN D. GORDON,
PAR WALL INTERIORS, INC.,
CONSTRUCTION INC., DRYWALL
TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, JOHN
ALFARONE, SALVATORE ALFARONE,
JOSEPH GIORDANO, DRYWALL TAPERS
ANNUITY FUND, and DOES I-XV,

                             Defendants.
-----------------------------------------------------------------X

       An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on September 13, 2005, finding that the Second Circuit has issued an order dismissing plaintiff's appeal of this Court's previous Order and deeming moot any motions pending prior to the date that the Second Circuit's order was issued; and directing the Clerk of Court to enter a final judgment of dismissal; it is

       ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that a final judgment of dismissal is hereby entered; and that the case is closed.

Dated: Brooklyn, New York
          September 16, 2005

                                                                ROBERT C. HEINEMANN
                                                               Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 19 2005
TIME A.M. _____ P.M. _____